**LADNER, Collector of Internal Revenue, v.
PHILADELPHIA BARGE CO.
et al.**

**No. 4994.**

Circuit Court of Appeals, Third Circuit.

Feb. 6, 1933.

Rehearing Denied March 11, 1933.

---

Edward W. Wells, U. S. Atty., and Thomas J. Curtin, Asst. U. S. Atty., both of Philadelphia, Pa. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and C. C. McCormick, both of Washington, D. C., of counsel), for appellant.

Thomas P. Mikell and Walter Biddle Saul, both of Philadelphia, Pa. (Saul, Ewing, Remick & Saul, of Philadelphia, Pa., of counsel), for appellees.

Before BUFFINGTON, DAVIS, and THOMPSON, Circuit Judges.

PER CURIAM.

Suit was brought in the court below to recover from the Philadelphia Barge Company and its surety upon a bond given to secure payment of taxes. The facts are sufficiently set forth in the opinion of the court below. MacLaughlin v. Philadelphia Barge Co., 60 F.(2d) 333.

The court having adjudged the affidavit of defense sufficient, the United States attorney, on behalf of the collector of internal revenue, caused judgment to be entered for the defendants. This appeal is from that judgment.

We find no error in the conclusion of the court below that the suit had abated by reason of failure to substitute the respective successive collectors from time to time in accordance with the provisions of the Act of February 8, 1899, as amended (28 USCA § 780).

Judgment affirmed.

**Blakely D. McCAUGHN, Former Collector, Appellant, v. UNION PAVING CO., National Surety Co., Appellees.**

**No. 4993.**

Circuit Court of Appeals, Third Circuit.
Feb. 6, 1933.

Rehearing Denied March 11, 1933.

Edward Wells, U. S. Atty., and Thomas J. Curtin, Asst. U. S. Atty., both of Philadelphia, Pa. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and C. C. McCormick, both of Washington, D. C., of counsel), for appellant.

Thomas P. Mikell and Walter Biddle Saul, both of Philadelphia, Pa. (Saul, Ewing, Remick & Saul, of Philadelphia, Pa., of counsel), for appellees.

Before BUFFINGTON, DAVIS, and THOMPSON, Circuit Judges.

PER CURIAM.

Suit was brought by Blakely D. McCaughn, who was collector of internal revenue at the time the defendants gave bond to him as collector. He was no longer in office at the time of suit. Since there was the same failure to substitute the successive collectors in the manner and within the time prescribed by the Act of February 8, 1899, as amended (28 USCA § 780), as existed in Ladner v. Philadelphia Barge Company et al. (C. C. A.) 63 F.(2d) 258, filed February 6, 1933, the case is ruled by the same law.

Judgment affirmed.